# NOTE

y 29, 2002
*Date*

TOWSON
*City*

LE AVENUE
*Property Address*

BALTIMORE
*City*

**ER'S PROMISE TO PAY**

for a loan that I have received, I promise to pay U.S. $ 10,
plus interest, to the order of the Lender. The Lender is
ORTGAGE CORPORATION,
CORPORATION

lder or anyone who takes this Note by transfer and who is
ite Holder."

interest at a yearly rate of                               14.500 %.
ill be charged on unpaid principal until the full amount of p
'S

principal and interest by making payments each month of U
ke my payments on the            1st            day of each
I will make these payments every month until I have paid

**/ER'S PAYMENTS BEFORE THEY ARE DUE**

he right to make payments of principal at any time before th
." When I make a prepayment, I will tell the Note Holder ir
pal is known as a "full prepayment." A prepayment of on

ake a full prepayment or a partial prepayment without pay
to reduce the amount of principal that I owe under this N
due dates or changes in the amounts of my monthly payme
nges. I may make a full prepayment at any time. If I choos
) make the prepayment on the same day that one of my n
ne amount of my partial prepayment be equal to the amount
hly payments.

**ER'S WAIVERS**

my rights to require the Note Holder to do certain things.
s "presentment"); (B) to give notice that amounts due have
fficial certification of nonpayment (known as a "protest").
who agrees to make payments to the Note Holder if I fail to
er it to someone else also waives these rights. These persons

**)F NOTICES**

ice that must be given to me under this Note will be givi
ne at the Property Address above. A notice will be deliver
a notice of my different address.

ice that must be given to the Note Holder under this Note w

# ADJUSTABLE RA
## (LIBOR 6 Month Index

**OTE CONTAINS PROVISIONS ALLOWING FOR CHA**
**ILY PAYMENT. THIS NOTE LIMITS THE AMOUNT I**
**ME AND THE MAXIMUM RATE I MUST PAY.**

Y 29, 2002                                    TOWSON
                                              [City]

                                   731 MELVILLE AVEN
                                   BALTIMORE, MARYLAND
                                              [Property Address

**ROWER'S PROMISE TO PAY**

urn for a loan that I have received, I promise to pay U.S. $
est, to the order of the Lender. The Lender is
                         MERITAGE MORTGAGE CORPO
                         AN OREGON CORPORAT
and that the Lender may transfer this Note. The Lender or ar
) receive payments under this Note is called the "Note Hold

**REST**

st will be charged on unpaid principal until the full amount

imits on Interest Rate Changes

nterest rate I am required to pay at the first Change Date wil
%. Thereafter, my interest rate will never be increased or de
D ONE HALF                              percentage points ( 1.5
receding  6                 months. My interest rate will neve
ffective Date of Changes

ew interest rate will become effective on each Change Date.
g on the first monthly payment date after the Change Date u

otice of Changes

Note Holder will deliver or mail to me a notice of any change
before the effective date of any change. The notice will incl
itle and telephone number of a person who will answer any

OWER'S RIGHT TO PREPAY

 the right to make payments of principal at any time before
payment." When I make a prepayment, I will tell the Note H
 make a full prepayment or partial prepayments without payi
 my prepayments to reduce the amount of principal that I ow
 be no changes in the due dates of my monthly payments un
 My partial prepayment may reduce the amount of my month
l prepayment. However, any reduction due to my partial pre

 CHARGES

w, which applies to this loan and which sets maximum loan

VERS

any other person who has obligations under this Note waive
nent" means the right to require the Note Holder to demand
 right to require the Note Holder to give notice to other per

ORM SECURED NOTE

Note is a uniform instrument with limited variations in some
Holder under this Note, a Mortgage, Deed of Trust or Secur
is Note, protects the Note Holder from possible losses which
his Note. That Security Instrument describes how and under
e payment in full of all amounts I owe under this Note. Som

ansfer of the Property or a Beneficial Interest in Borrow
all or any part of the Property or any interest in it is sold or
r transferred and Borrower is not a natural person) without I
, require immediate payment in full of all sums secured by t
 exercised by Lender if exercise is prohibited by federal law
hall not exercise this option if: (a) Borrower causes to be sub
te the intended transferee as if a new loan were being made
nines that Lender's security will not be impaired by the loan
ant or agreement in this Security Instrument is acceptable to
 the extent permitted by applicable law, Lender may charge
loan assumption. Lender may also require the transferee to s
r and that obligates the transferee to keep all the promises ar

# BALLOON NOTE AL

LLOON PAYMENT

IS PAYABLE IN FULL AT THE END OF   15   YEAR
F THE LOAN AND THE UNPAID INTEREST THEN D
NCE THE LOAN AT ANY TIME. YOU WILL THEREF
ASSETS YOU MAY OWN, OR YOU WILL HAVE TO I
 PREVAILING MARKET RATES, WHICH MAY BE (
ATE ON THIS LOAN. IF YOU REFINANCE THIS LC
ALL CLOSING COSTS NORMALLY ASSOCIATED V
 FROM THE SAME LENDER.

# REPAYMENT ADDENDUM T(

( MARYLAND

ent Penalty - First ( 3 ) Year(s) of Note

s Addendum is attached to and made a part of the Note to wl
hether one or more parties). To the extent of any conflict be
um, the provisions of this Addendum shall supersede and col
ovisions are hereby added to the Note:

ou repay your loan before the end of the **THIRD**  Note Yeal
 with the date of the Note and each twelve-month period the
on the anniversary of the date of execution of the Note), Mal
cipal amount of the Note (the "Prepayment Limitation") wit
n excess of the Prepayment Limitation shall be conditioned i
would accrue during a six-month period on the amount of pr
Limitation calculated at the rate of interest then applicable tc
or any reason, then the prepayment fee set forth herein shall
ance which is in excess of the Prepayment Limitation.

LIBER 2 7 9 0 PAGE 4

## EXHIBIT A

Number: **RTC-747**

BEGINNING for the same on the south side of Melville Avenue at a point distrant 240 easterly from the corner formed by the intersection of the south side of Melville Avenu( the east side of Frisby Street; and said place of beginning being in line with the cent the partition wall there erected thence easterly binding on the south side of Melville Av 16 feet to a point in line with the center of another partition wall there erected, the southerly to and through the center of said last mentioned partition wall to the end th and continuing the same course in all 88 feet to the north side of a 10 foot alley there out, thence westerly binding on said side of said alley with the use thereof in common others 16 feet thence northerly to and through the center of the partition all first h mentioned to the end thereof and continuing to the end thereof and continuing the course in all 88 feet to the place of beginning. The improvements thereon being know No. 731 Melville Ave.

4056-A